IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN BOYCE CRADER,

    Petitioner,                                                    No. CIV S-00-2275 DFL CMK P

    vs.

CA REHABILITATION, et al.,

    Respondents.                     ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 12, 2005, the magistrate judge filed findings and recommendations herein, which were served on the petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  To date, no objections have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

1       Accordingly, IT IS HEREBY ORDERED that the findings and recommendations
2 filed January 12, 2005, are adopted in full.
3 DATED: 6/24/2005

                                                  /s/ David F. Levi
                                                DAVID F. LEVI
                                                United States District Judge